FILED
CLERK, U.S. DISTRICT COURT
MAR 2 6 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY LEE FOWLER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>R.A. CASTRO (Warden),<br><br>　　　　Respondent. | No. CV 02-5191-JVS(CW)<br><br>JUDGMENT |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and dismissed with prejudice.

DATED: _3. 28. 08_

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JAMES V. SELNA
　　　　　　　　　　　　　　　　United States District Judge